1  **LAW OFFICE OF DAVID A. TORRES**
   Attorney at Law, SBN 135059
2  1318 K Street
   Bakersfield, CA 93301
3  Ph.: (661)326-0857
   Fax.: (661) 326-0936
4  e-mail: lawtorres@aol.com

5  Attorney for Defendant
   BERTHA MILTON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 11-CR-0045 AWI |
| PLAINTIFF, | **STIPULATION AND PROPOSED ORDER TO MODIFY CONDITIONS OF RELEASE** |
| **BERTHA VAUGHN MILTON** | |
| DEFENDANT, | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, MAGISTRATE JUDGE JENNIFER L. THURSTON AND JEREMY JEHANGIRI, UNITED STATES ATTORNEY:

**COMES NOW** Defendant, BERTHA VAUGHN MITLON by and through her attorney of record, DAVID A. TORRES hereby requesting that the Conditions of Release be modified to include the following:

1.) Defendant is ordered to participate in a mental health program and pay for costs as approved by the Pretrial Services Officer to deal with certain issues that have stemmed from the pending charges;

2.) The defendant's travel is restricted to the Central and Eastern Districts of California, unless otherwise approved in advance by the Pretrial Services Officer.

All prior ordered terms and conditions of pretrial release, not in conflict, remain in full force ans effect. This is a mutual agreement between myself and United States Attorney Jeremy Jehangiri and Pretrial Services Officer, Dan Stark.

Dated: 7/27/11 /s/ David A. Torres
DAVID A. TORRES
Attorney for Defendant

Dated: 7/27/11 /s/Jeremy Jehangiri
JEREMY JEHANGIRI
Assistant U.S. Attorney

Dated: 7/27/11 /s/ Dan Stark
DAN STARK
Pretrial Services Officer

# ORDER

**IT IS SO ORDERED**. The terms of the conditions of releases be modified to the above requests.

IT IS SO ORDERED.

Dated:  **July 28, 2011**                              /s/ **Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE