```
1  BENJAMIN B. WAGNER
   United States Attorney
2  JEREMY R. JEHANGIRI
   Assistant United States Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: 559-497-4000

5  Attorneys for Plaintiff
     United States of America
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-cr-00045-AWI |
| Plaintiff, | STIPULATION AND AGREEMENT TO VACATE JURY TRIAL DATE; **ORDER** |
| v. | DATE: To Be Determined |
| BERTHA RENELL MILTON, aka BERTHA RENELL VAUGHN, | TIME: To Be Determined |
| | Honorable Anthony W. Ishii |
| Defendant. | |

The United States of America, by and through Assistant United States Attorney Jeremy R. Jehangiri, and Defendant Bertha Renell Milton, aka Bertha Renell Vaughn, by and through her counsel, David A. Torres, submit this stipulation for the Court's consideration.

IT IS STIPULATED AND AGREED:

1. The parties request that the jury trial date in this case be vacated from the Court's calendar of December 13, 2011, at 9:00 a.m.

2. The parties stipulate that a plea agreement has been reached in this case. The plea agreement was filed with the Court on October 27, 2011.

1

3. The parties also request that the Court schedule a change of plea hearing at 9:00 a.m. on November 28, 2011, or any other time as the Court deems appropriate.

4. The parties stipulate and agree that the time resulting from consideration by the Court of a proposed plea agreement should be excluded from the calculation of time under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(G).

5. Pursuant to the terms of the plea agreement, the parties stipulate and agree that the interests of justice served by accepting this stipulation outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED AND AGREED.

Dated: October 27, 2011   /s/ *Jeremy Jehangiri*
                          Jeremy R. Jehangiri
                          Assistant United States Attorney

Dated: October 27, 2011   /s/ *David A. Torres*   (as authorized)
                          David A. Torres
                          Attorney for Defendant
                          Bertha Renell Milton
                          aka Bertha Renell Vaughn

**ORDER**

IT IS SO ORDERED, with time excluded.

IT IS SO ORDERED.

Dated:     October 27, 2011            _____
                                       CHIEF UNITED STATES DISTRICT JUDGE