| | |
|---|---|
| 1  BENJAMIN B. WAGNER<br>   United States Attorney<br>2  JEREMY R. JEHANGIRI<br>   Assistant United States Attorneys<br>3  2500 Tulare Street, Suite 4401<br>   Fresno, California 93721<br>4  Telephone: 559-497-4000 | **FILED**<br>JUN 5 2012<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>       DEPUTY CLERK |

5  Attorneys for Plaintiff
     United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:11-cr-00045-AWI |
| Plaintiff, ) | |
| ) | STIPULATION AND AGREEMENT TO |
| v. ) | ENTER FINAL RESTITUTION ORDER; |
| ) | **ORDER** |
| BERTHA RENELL MILTON, ) | |
| aka BERTHA RENELL VAUGHN, ) | |
| ) | Honorable Anthony W. Ishii |
| Defendant. ) | |

The United States of America, by and through Assistant United States Attorney Jeremy R. Jehangiri, and Defendant Bertha Renell Milton, aka Bertha Renell Vaughn, by and through her counsel, David A. Torres, submit this stipulation for the Court's consideration.

IT IS STIPULATED AND AGREED:

1. Pursuant to the plea agreement, the defendant agreed to pay restitution to the Internal Revenue Service, Department of Treasury, for the total tax loss as a result of the scheme and in an amount determined by the Internal Revenue Service, Department of Treasury.

2. The parties, pursuant to the plea agreement submitted and the

1

guilty pleas entered in this case, request that the Court enter a final restitution order.

3. The parties, after engaging in extensive consultation with the IRS and between counsel, hereby agree and stipulate that the total loss of $11,184,337.00 is directly and proximately a result of Defendant's criminal conduct.

4. The parties further agree that this amount shall be entered into the Judgment and Commitment of Defendant Bertha Renell Milton, aka Bertha Renell Vaughn.

SO STIPULATED AND AGREED.

Dated: June 4, 2012        /s/ Jeremy Jehangiri
                           Jeremy R. Jehangiri
                           Assistant United States Attorney

Dated: June 4, 2012        /s/ David A. Torres    (as authorized)
                           David A. Torres
                           Attorney for Defendant
                           Bertha Renell Milton
                            aka Bertha Renell Vaughn

**ORDER**

IT IS SO ORDERED.

Dated: June 5, 2012        _____
                           HONORABLE ANTHONY W. ISHII
                           CHIEF UNITED STATES DISTRICT JUDGE